UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


ALBANI LOPEZ

    v.                                                                                                         CA 13-597 ML

CAROLYN W. COLVIN, ACTION
COMMISSION OF SOCIAL SECURITY


## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on August 21, 2014 (Docket #12). No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation. Plaintiff's Motion to Reverse, without, or, Alternatively, with a Remand for a Rehearing, the Commissioner's Final Decision (Docket #9) is hereby GRANTED, and the Commissioner's Motion for an Order Affirming the Decision of the Commissioner (Docket # 11) is DENIED. The matter is remanded for further administrative proceedings consistent with the Report and Recommendation.


SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
October 22, 2014